HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Branch Chief, Fresno Office
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00145 DAD-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| DONOVAN ADKINS, | |
| Defendant. | |

Defendant, Donavan Adkins, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

On June 27, 2019, the government filed an Indictment against Mr. Adkins, charging him with conspiracy to distribute, and possession with intent to distribute, 500 grams and more of a mixture containing methamphetamine, as well as possession with intent to distribute 50 grams and more of a mixture containing methamphetamine and an attempt to distribute and to possess with intent to distribute 500 grams and more of a mixture containing methamphetamine, in violation of 21 U.S.C. §§ 846 and 841.

On June 24, 2019, Mr. Adkins submitted his financial affidavit, and this Court appointed counsel.  Subsequently, on October 4, 2019, Nicholas Capozzi entered his appearance as retained counsel in this matter.  To date there has been three status conferences, with the fourth status conference scheduled for October 26, 2020.

On August 5, 2020, Mr. Adkins contacted the court requesting counsel be appointed.  On August 7, 2020, this Court instructed Mr. Capozzi to submit a completed financial affidavit to determine whether Mr. Adkins qualified for court appointed counsel.   On August 11, 2020, the Office of the Federal Defender received a copy of Mr. Adkins' completed supplemental financial affidavit.  Mr. Adkins submits this supplemental financial affidavit to establish that his financial situation has not changed since this Court previously appointed counsel.

Because our office has a conflict, after reviewing the attached supplemental financial affidavit along with the original financial affidavit submitted June 24, 2019, it is respectfully recommended that CJA panel counsel, W. Scott Quinlan be appointed.

DATED:  August 11, 2020                              */s/ Eric V. Kersten*
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Branch Chief, Fresno Office


# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby relieves Nicholas Capozzi as counsel and appoints CJA counsel W. Scott Quinlan pursuant to 18 U.S.C. § 3006A to appear on Donavan Adkins' behalf at the court hearing currently scheduled for August 17, 2020, and to serve as Mr. Adkins' counsel going forward.

IT IS SO ORDERED.

Dated:   **August 12, 2020**                     */s/ Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE