PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00145-ADA-BAM |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| DONAVEN ADKINS, | COURT: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

1.      The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Donaven Adkins, by and through his counsel of record, Kevin Little, hereby stipulate as follows.

2.      By previous order this case was set for a trial on November 7, 2023, at 8:30 a.m. before the Hon. Ana de Alba.  The parties hereby agree to vacate the trial confirmation and trial, set the case for a change of plea hearing on January 8, 2024, at 8:30 a.m. before the Hon. Ana de Alba, and exclude Speedy Trial time between the filing of this stipulation through January 8, 2024, inclusive, under 18 U.S.C.§ 3161(h)(7)(A), B(i), and (ii).

3.      The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. The extra time is also needed to finalize a plea

agreement and for defense counsel to meet with his client and review the plea agreement.

        a)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including the opportunity to meet with his client and prepare for the change of plea hearing.

        b)      The government does not object to the continuance.

4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 26, 2023 to January 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(i), (ii) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

///

///

///

///

///

///

1        IT IS SO STIPULATED.

2

3    Dated:  September 26, 2023                PHILLIP A. TALBERT
                                               United States Attorney

4

5                                              /s/ Justin J. Gilio
                                               JUSTIN J. GILIO
6                                              Assistant United States Attorney

7

8    Dated:  September 26, 2023                /s/ Kevin Little
                                               Kevin Little
9                                              Counsel for Defendant
                                               DONAVEN ADKINS

10

11

12

13   IT IS SO ORDERED.

14

15       Dated:   September 26, 2023    _____
                                        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28