PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| DONAVAN ADKINS, | |
| Defendant. | |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Donaven Adkins, by and through his counsel of record, Kevin Little, hereby stipulate as follows.

2. By previous order this case was set for a change of plea hearing on January 29, 2024, at 8:30 a.m. The parties hereby agree to continue the change of plea hearing to April 15, 2024, at 9:00 a.m., and exclude Speedy Trial time between the filing of this stipulation through April 15, 2024, inclusive, under 18 U.S.C.§ 3161(h)(7)(A), B(i), and (ii).

3. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. The extra time is also needed to finalize a plea agreement and for defense counsel to meet with his client and review the plea agreement.

4. Defense counsel needs the additional time as he has two unrelated trials between January and April and needs the time to meet with his client and discuss the plea offer provided by the government.

    a) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, including the opportunity to meet with his client and prepare for the change of plea hearing.

    b) The government does not object to the continuance.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2024, to April 15, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(i), (ii) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

Dated:  January 25, 2024

/s/ Kevin Little
Kevin Little
Counsel for Defendant
DONAVEN ADKINS

**ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from January 29, 2024, to **April 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(i), (ii).

IT IS SO ORDERED.

Dated:   **January 25, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE