PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-NODJ-BAM |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| DONAVEN ADKINS, | |
| Defendant. | |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Donaven Adkins, by and through his counsel of record, Kevin Little, hereby stipulate as follows.

2. By previous order this case was set for a change of plea hearing on April 15, 2024, at 9:00 a.m. The parties hereby agree to advance the change of plea hearing to February 12, 2024, at 9:00 a.m. The parties have previously excluded Speedy Trial time through April 15, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(i), and (ii).

3. The advancing of the change of plea hearing is based on the parties' early finalizing of the plea agreement as well as defense counsel's realization that the April 15, 2024 date set last week conflicts with his trial schedule. Specifically, defense counsel has three consecutive trials beginning in late February 2024, and he is scheduled to be in Los Angeles preparing for an impending trial on the

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

April 15, 2024 date current set for the defendant's change of plea.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Justin J. Gilio
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  February 6, 2024

/s/ Kevin Little
Kevin Little
Counsel for Defendant
DONAVEN ADKINS

## ORDER

IT IS SO ORDERED that the change of plea hearing is advanced from April 15, 2024, to **February 12, 2024, at 11:00 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded through April 15, 2024.

IT IS SO ORDERED.

Dated:   **February 6, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2