Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant Donavan Adkins

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:19-CR-00145-NODJ-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| DONAVAN ADKINS | |
| Defendant. | |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Justin J. Gilio, and the defendant Donaven Adkins, by and through his counsel of record, Kevin Little, hereby stipulate as follows.

2. By previous order this case was set for sentencing on May 20, 2024, at 8:30 AM. The parties hereby agree to continue the sentencing to June 5, 2024, at 8:30 AM. No exclusion of time is necessary, as the defendant has pled guilty.

3. The continuance of the sentencing hearing is necessary because defense counsel is currently in a juvenile dependency trial that is unlikely to conclude before May 16, 2024, which will not provide counsel with sufficient time to prepare and finalize defendant's sentencing

memorandum. Because this conflict will hinder defense counsel's ability to prepare and finalize defendant's sentencing memorandum, the continuance is necessary and supported by good cause.

4. The parties had informally agreed to the continuance of this sentencing on May 5, 2024, prior to the issuance of the minute order issued May 10, 2024. (Doc. 292)

IT IS SO STIPULATED.

Dated: May 13, 2024                    LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little
Attorneys for Defendant Donavan Adkins

Dated: May 13, 2024                    PHILLIP A. TALBERT
                                       United States Attorney

*/s/Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from May 20, 2024, to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 13, 2024**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE